FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA MATERIE BLISS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAIRYLAND INSURANCE/SENTRY,<br><br>　　　　　Defendant. | No.  4:24-CV-05115-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 11** |

　　　　On February 6, 2025, Defendant filed a Motion to Dismiss.  ECF No. 11.  On February 7, 2025, the Court entered an order stating: "Plaintiff is directed to file a response to the motion **on or before March 10, 2025**.  If Plaintiff fails to file a timely response, the Court will dismiss this action, consistent with Local Civil Rule 7(e)."  ECF No. 12 (emphasis in original).  Plaintiff failed to file a response.  It appears that Plaintiff has abandoned this case.[1]  The Court, having reviewed the

---

[1] The record indicates Defendant's counsel last communicated with Plaintiff on December 29, 2024.  *See* ECF No. 12 at 3; ECF No. 15 at 2.

ORDER - 1

record and being fully informed, dismisses the case without prejudice, consistent with Local Civil Rule 7(e).

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss, **ECF No. 11**, is **GRANTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**, consistent with Local Civil Rule 7(e).

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, **enter judgment**, provide copies to the parties, and **CLOSE** the file.

DATED March 18, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2