AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 18, 2025

SEAN F. McAVOY, CLERK

AMANDA MATERIE BLISS                )
*Plaintiff*                         )
v.                                  )       Civil Action No.   4:24-CV-05115-MKD
                                    )
                                    )
DAIRYLAND INSURANCE/SENTRY          )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Defendant's Motion to Dismiss, ECF No. 11, is GRANTED. This case is DISMISSED WITHOUT PREJUDICE,
consistent with Local Civil Rule 7(e).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    MARY K. DIMKE

Date:  3/18/2025 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Wendy Kirkham _____
*(By) Deputy Clerk*

Wendy Kirkham _____